# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re: BIOCERYX, INC. § Case No. 19-30631-MD
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Janina M. Hoskins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00  
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $1,318,156.97

Claims Discharged  
Without Payment: N/A

Total Expenses of Administration: $873,924.33

---

3) Total gross receipts of $ 2,192,081.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,192,081.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $96,984.63 | $98,762.29 | $73,963.56 | $73,963.56 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 360,486.77 | 824,386.58 | 873,924.33 | 873,924.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 600.00 | 600.00 | 600.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,437,452.88 | 1,463,512.52 | 1,419,863.98 | 1,243,593.41 |
| **TOTAL DISBURSEMENTS** | $1,894,924.28 | $2,387,261.39 | $2,368,351.87 | $2,192,081.30 |

4) This case was originally filed under Chapter 7 on June 11, 2019. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2020     By: /s/Janina M. Hoskins
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1221-000 | 9,300.80 |
| Silicon Valley Bank- Checking account | 1129-000 | 11,785.99 |
| LICENSES, FRANCHISES AND OTHER GENERAL INTANGIBL | 1129-000 | 2,150,000.00 |
| SRI account refund | 1290-000 | 6,142.50 |
| TAX REFUNDS | 1224-000 | 14,852.01 |
| **TOTAL GROSS RECEIPTS** | | **$2,192,081.30** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 -1 | Illumina, Inc. | 4210-000 | 34,425.00 | 58,699.99 | 33,475.00 | 33,475.00 |
| 27S-1 | SRI International | 4210-000 | 62,559.63 | 40,062.30 | 40,488.56 | 40,488.56 |
| **TOTAL SECURED CLAIMS** | | | **$96,984.63** | **$98,762.29** | **$73,963.56** | **$73,963.56** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Janina M. Hoskins | 2100-000 | N/A | 89,012.44 | 89,012.44 | 89,012.44 |
| Trustee Expenses - Janina M. Hoskins | 2200-000 | N/A | 347.70 | 347.70 | 347.70 |
| Other - Robert Balog | 2420-000 | N/A | 320.05 | 320.05 | 320.05 |
| Other - Ring Central | 2990-000 | N/A | 1,063.72 | 1,063.72 | 1,063.72 |
| Other - Dentons, US LLP | 3210-000 | N/A | 8,855.00 | 8,855.00 | 8,855.00 |
| Other - Dentons, US LLP | 3210-000 | N/A | 143,050.00 | 143,050.00 | 143,050.00 |
| Other - Dentons, US LLP | 3220-000 | N/A | 68.77 | 68.77 | 68.77 |
| Other - Dentons, US LLP | 3220-000 | N/A | 607.79 | 607.79 | 607.79 |
| Other - BACHEKI, CROM & CO., CPA'S | 3410-000 | N/A | 7,081.50 | 7,081.50 | 7,081.50 |
| Other - BACHEKI, CROM & CO., CPA'S | 3410-000 | N/A | 8,079.00 | 8,079.00 | 8,079.00 |
| Other - BACHEKI, CROM & CO., CPA'S | 3420-000 | N/A | 220.55 | 220.55 | 220.55 |
| Other - BACHEKI, CROM & CO., CPA'S | 3420-000 | N/A | 285.60 | 285.60 | 285.60 |
| Other - Robert J. Crawford | 3210-600 | N/A | 8,110.50 | 8,110.50 | 8,110.50 |
| Other - Robert J. Crawford | 3220-610 | N/A | 1,323.33 | 1,323.33 | 1,323.33 |
| Other - Wells Fargo Bank, N.A. | 2990-000 | N/A | 34,131.75 | 17,065.88 | 17,065.88 |
| Other - SRI International | 2990-000 | N/A | 521,828.88 | 588,432.50 | 588,432.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $824,386.58 | $873,924.33 | $873,924.33 |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11P-1 | Internal Revenue Service | 5800-000 | N/A | 600.00 | 600.00 | 600.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $600.00 | $600.00 | $600.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | PowerBeam Research, LLC | 7100-000 | 49,876.58 | 49,876.58 | 49,876.58 | 45,743.51 |
| 2 -1 | Biolyph LLC | 7100-000 | 16,194.41 | 16,194.41 | 16,194.41 | 14,852.44 |
| 3 -1 | Trans-Hit Biomarkers Inc. | 7100-000 | 9,665.00 | 9,665.00 | 9,665.00 | 8,864.10 |
| 4 -1 | Hybridge Inc. | 7100-000 | 11,695.53 | 9,585.22 | 9,585.22 | 8,790.93 |
| 5 -1 | Foundry Medical Innovations, Inc. | 7100-000 | N/A | 86,189.42 | 86,189.42 | 79,047.23 |
| 6 -1 | David E. Cooper | 7100-000 | 560.00 | 560.00 | 560.00 | 513.59 |
| 7 -1 | Parnham Inc | 7100-000 | 10,782.50 | 10,782.50 | 10,782.50 | 9,889.00 |
| 8 -1 | Parker Hannifin Corporation | 7100-000 | 3,617.14 | 3,624.28 | 3,624.28 | 3,323.95 |
| 9 -1 | LUMC | 7100-000 | N/A | 12,000.00 | 12,000.00 | 11,005.61 |
| 10 -1 | Streck Inc | 7100-000 | 2,799.17 | 2,799.17 | 2,799.17 | 2,567.21 |
| 11U-1 | Internal Revenue Service | 7300-000 | N/A | 100.00 | 100.00 | 0.00 |
| 13 -1 | University College London Hospitals | 7100-000 | N/A | 43,668.54 | 0.00 | 0.00 |
| 14 -1 | Nacar Estudio, S.L | 7100-000 | 25,965.00 | 26,325.67 | 26,325.67 | 24,144.16 |
| 15 -1 | Gupta Engineering Llc | 7100-000 | 5,200.00 | 5,200.00 | 5,200.00 | 4,769.10 |
| 16 -1 | University College London Hospitals | 7100-000 | N/A | 41,248.20 | 41,248.20 | 37,830.12 |
| 17 -1 | Hospital CUF Descobertas, S.A. | 7100-000 | N/A | 13,942.80 | 13,942.80 | 12,787.41 |
| 19 -1 | University of British Columbia | 7100-000 | 14,750.00 | 14,636.37 | 14,636.37 | 13,423.51 |
| 20 -1 | G & A Ventures | 7100-000 | 2,218.75 | 7,025.00 | 7,025.00 | 6,442.86 |
| 21 -2 | Morgan, Lewis & Bockius LLP | 7100-000 | 169,464.00 | 167,163.83 | 167,163.83 | 153,311.60 |
| 22 -1 | Michael Albin | 7100-000 | 3,907.57 | 3,907.57 | 3,907.57 | 3,583.76 |
| 23 -1 | Itequia SL | 7100-000 | 45,688.26 | 45,144.89 | 45,144.89 | 0.00 |
| 24 -1 | K2 Regulatory Consulting, LLC | 7100-000 | 4,773.50 | 4,773.58 | 4,773.58 | 4,378.01 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim # | Creditor | Code | Original Amount | Allowed Amount | Proposed | Paid |
|---|---|---|---|---|---|---|
| 25 -1 | Graham Adair, Inc. | 7100-000 | N/A | 2,168.75 | 2,168.75 | 1,989.03 |
| 26 -1 | Dualsonic Inc. | 7100-000 | N/A | 48,379.82 | 48,379.82 | 44,370.77 |
| 28 -1 | Brugmann | 7100-000 | 23,823.59 | 23,702.64 | 23,702.64 | 21,738.49 |
| 29 -1 | A&H Precision Machining Corp | 7100-000 | 4,138.89 | 4,138.89 | 4,138.89 | 3,795.92 |
| 30 -1 | LasX Industries, Inc. | 7100-000 | 72,954.65 | 72,918.65 | 72,918.65 | 66,876.16 |
| 31 -1 | CNA Commercial Insurance | 7100-000 | N/A | 1,303.32 | 1,303.32 | 1,195.32 |
| 32 -1 | Formaspace LP | 7100-000 | 31,622.65 | 31,622.65 | 31,622.65 | 29,002.20 |
| 33 -1 | Integrated DNA Technologies | 7100-000 | N/A | 22,557.32 | 22,557.32 | 20,688.08 |
| 34 -1 | Crawford PLLC | 7100-000 | 29,154.50 | 29,154.50 | 29,154.50 | 26,738.58 |
| 35 -1 | Agilent Technologies | 7100-000 | 500,000.00 | 532,761.33 | 532,761.33 | 488,613.43 |
| 36 -1 | Amit Kumar | 7100-000 | N/A | 3,670.00 | 3,670.00 | 3,365.88 |
| 37 -1 | Robert Balog | 7100-000 | N/A | 4,570.00 | 4,570.00 | 4,191.30 |
| 38P-1 | Special Optics, Inc. | 7100-000 | N/A | 23,119.00 | 23,119.00 | 21,203.22 |
| 39 -1 | Thomas J. Munci | 7200-000 | N/A | 652.00 | 652.00 | 0.00 |
| 40 -1 | RMT, LTD | 7200-000 | 3,826.60 | 3,801.60 | 3,801.60 | 0.00 |
| 41 -1 | iSpecimin Inc. | 7200-000 | 14,630.00 | 14,630.00 | 14,630.00 | 0.00 |
| 42 -1 | Veolia ES Technical soultions | 7200-000 | 3,088.48 | 3,320.13 | 3,320.13 | 0.00 |
| 18-U-1 | Illumina, Inc. | 7100-000 | 56,699.99 | 25,224.99 | 25,244.99 | 23,153.03 |
| NOTFILED-1 | STEM EXPRESS FOUNDATION | 7100-000 | 19,752.50 | N/A | N/A | 0.00 |
| NOTFILED-1 | THERAPAK | 7100-000 | 12,457.10 | N/A | N/A | 0.00 |
| NOTFILED-1 | QARAD | 7100-000 | 2,660.27 | N/A | N/A | 0.00 |
| NOTFILED-1 | STERICYCLE | 7100-000 | 190.23 | N/A | N/A | 0.00 |
| NOTFILED-1 | TOOLBOX MEDICAL INNOVATIONS | 7100-000 | 93,189.42 | N/A | N/A | 0.00 |
| NOTFILED-1 | LIFE TECHNOLOGIES | 7100-000 | 17,136.18 | N/A | N/A | 0.00 |
| NOTFILED-1 | CBA ELECTRONICS CORP | 7100-000 | 607.50 | N/A | N/A | 0.00 |
| NOTFILED-1 | DUALSONIC | 7100-000 | 43,647.32 | N/A | N/A | 0.00 |
| NOTFILED-1 | CHRISTING MATTHEWS CONSULTING | 7100-000 | 1,009.50 | N/A | N/A | 0.00 |
| NOTFILED-1 | GRAHAM ADAIR INC | 7100-000 | 5,733.75 | N/A | N/A | 0.00 |
| NOTFILED-1 | FISHER SCIENTIFIC | 7100-000 | 35,155.38 | N/A | N/A | 0.00 |
| NOTFILED-1 | FEDEX | 7100-000 | 547.97 | N/A | N/A | 0.00 |
| NOTFILED-1 | HARMONY MEDICAL INC. (HK) LTD | 7100-000 | 70,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | HAWK RIDGE SYSTEMS LLC | 7100-000 | 5,690.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | LEIDS UNIVERSITAR | 7100-000 | 12,579.00 | N/A | N/A | 0.00 |
|  | Itequa SL | 7100-000 | N/A | 41,403.90 | 41,403.90 | 41,403.90 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $1,437,452.88 | $1,463,512.52 | $1,419,863.98 | $1,243,593.41 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

Case: 19-30631    Doc# 68    Filed: 10/05/20    Entered: 10/05/20 10:08:06    Page 7 of 14

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-30631-MD  **Trustee:** (007880) Janina M. Hoskins
**Case Name:** BIOCERYX, INC.  **Filed (f) or Converted (c):** 06/11/19 (f)
**§341(a) Meeting Date:** 07/17/19
**Period Ending:** 09/21/20  **Claims Bar Date:** 08/20/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  ACCOUNTS RECEIVABLE (u) | 0.00 | 15,000.00 | | 9,300.80 | FA |
| 2  Silicon Valley Bank- Checking account | 0.00 | 11,785.99 | | 11,785.99 | FA |
| 3  LICENSES, FRANCHISES AND OTHER GENERAL INTANGIBL | 0.00 | 2,000,000.00 | | 2,150,000.00 | FA |
| 4  SRI account refund (u) | 0.00 | 6,142.50 | | 6,142.50 | FA |
| 5  TAX REFUNDS (u)  pre-petition payroll tax refunds- 941 overpayment | 0.00 | 14,852.01 | | 14,852.01 | FA |
| 5  Assets  Totals (Excluding unknown values) | **$0.00** | **$2,047,780.50** | | **$2,192,081.30** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/26/19- attend Ct. hearing re asset sale

8/31/19- fu re claims

10/29/19- SRI audit refund deposit process, update claims, and steps to close estate

11/5/19- closing case analysis

11/15/19- review final tax returns

8/13/20- fu re stale checks, emails re confirmation of addresses to Claim nos. 8 and 31- reissue IRS check

**Initial Projected Date Of Final Report (TFR):** December 31, 2020  **Current Projected Date Of Final Report (TFR):** January 9, 2020  (Actual)

September 21, 2020                           /s/ Janina M. Hoskins
_____                          _____
Date                                         Janina M. Hoskins

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 19-30631-MD  
**Case Name:** BIOCERYX, INC.

**Taxpayer ID #:** **-***0502  
**Period Ending:** 09/21/20

**Trustee:** Janina M. Hoskins (007880)  
**Bank Name:** Mechanics Bank  
**Account:** ******7266 - Checking Account  
**Blanket Bond:** $103,862,572.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/18/19 | {1} | Zaber Technologies | AR payment | 1221-000 | 4,990.00 | | 4,990.00 |
| 07/01/19 | {1} | Nanotec Electronic US | AR payment | 1221-000 | 1,550.80 | | 6,540.80 |
| 07/02/19 | {2} | Silicon Valley Bank | bank account closure and turnover | 1129-000 | 11,785.99 | | 18,326.79 |
| 07/03/19 | {3} | Earnest money deposit- | earnest money depoist | 1129-000 | 200,000.00 | | 218,326.79 |
| 07/26/19 | {1} | Silicon Valley Bank | return of funds from Bill.com void payment process from account credit | 1221-000 | 2,760.00 | | 221,086.79 |
| 08/05/19 | 101 | Robert Balog | Reimbursement re website expense- Order Dckt. 35 | 2420-000 | | 320.05 | 220,766.74 |
| 08/12/19 | {3} | Song Lu | Balance of asset purchase price | 1129-000 | 1,950,000.00 | | 2,170,766.74 |
| 08/14/19 | 102 | SRI International | Payment on Claim no. 27 secured claim to petition date<br>Voided on 08/14/19 | 4210-000 | | 40,062.30 | 2,130,704.44 |
| 08/14/19 | 102 | SRI International | Payment on Claim no. 27 secured claim to petition date<br>Voided: check issued on 08/14/19 | 4210-000 | | -40,062.30 | 2,170,766.74 |
| 08/14/19 | 103 | SRI International | Payment in full on secured claim to 8/15/19- dckt. 36 | 4210-000 | | 40,488.56 | 2,130,278.18 |
| 08/26/19 | 104 | Wells Fargo Bank, N.A. | Payment in full on lease DNA Sequencer- Claim no. 12- Dckt. #41 | 2990-000 | | 17,065.88 | 2,113,212.30 |
| 08/26/19 | 105 | Ring Central | Payment in full re communications services contract lease assumption- Dckt. 41 | 2990-000 | | 1,063.72 | 2,112,148.58 |
| 08/26/19 | 106 | SRI International | Payment in full re lease assumptions- Dckt. 41 | 2990-000 | | 588,432.50 | 1,523,716.08 |
| 09/10/19 | 107 | Illumina, Inc. | Payment in full on claim no. 18 re assumption amount- Order - Dckt. No. 44 | 4210-000 | | 33,475.00 | 1,490,241.08 |
| 10/29/19 | {4} | SRI audit refund | Refund of payment to re audit correction re SRI lease payment | 1290-000 | 6,142.50 | | 1,496,383.58 |
| 11/19/19 | {5} | U.S. Treasury | 941 refund check- confirming with accountant how to handle. Do not deposit until confirmed- JMH | 1224-000 | 14,852.01 | | 1,511,235.59 |
| 12/09/19 | 108 | Robert J. Crawford | Payment in full on first and final fee app- special counsel: Dck. 51 | 3210-600 | | 8,110.50 | 1,503,125.09 |
| 12/09/19 | 109 | Robert J. Crawford | Payment in full on first and final fee app- special counsel: Dckt. 51 | 3220-610 | | 1,323.33 | 1,501,801.76 |
| 12/09/19 | 110 | Dentons, US LLP | First interim fee app- counsel- Dckt. 52 | 3210-000 | | 143,050.00 | 1,358,751.76 |
| 12/09/19 | 111 | Dentons, US LLP | First interim fee app- expenses- counsel: dckt. 52 | 3220-000 | | 607.79 | 1,358,143.97 |
| 12/12/19 | 112 | BACHEKI, CROM & CO., CPA'S | First interim fee app- accountants: Dckt. 53 | 3410-000 | | 8,079.00 | 1,350,064.97 |
| 12/12/19 | 113 | BACHEKI, CROM & CO., CPA'S | First interim expenses- accountants: Dckt. 53 | 3420-000 | | 220.55 | 1,349,844.42 |

Subtotals: $2,192,081.30 $842,236.88

{} Asset reference(s)

Case: 19-30631 Doc# 68 Filed: 10/05/20 Entered: 10/05/20 10:08:06 Page 9 of 14

Printed: 09/21/2020 02:33 PM V.20.23

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 19-30631-MD | Trustee: | Janina M. Hoskins (007880) | |
| Case Name: | BIOCERYX, INC. | Bank Name: | Mechanics Bank | |
| | | Account: | ******7266 - Checking Account | |
| Taxpayer ID #: | **-***0502 | Blanket Bond: | $103,862,572.00  (per case limit) | |
| Period Ending: | 09/21/20 | Separate Bond: | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,078.76 | 1,348,765.66 |
| 04/08/20 | | Mechanics Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -1,078.76 | 1,349,844.42 |
| 04/09/20 | 114 | Janina M. Hoskins | Dividend paid 100.00% on $347.70, Trustee Expenses;  Reference: | 2200-000 | | 347.70 | 1,349,496.72 |
| 04/09/20 | 115 | Janina M. Hoskins | Dividend paid 100.00% on $89,012.44, Trustee Compensation;  Reference: | 2100-000 | | 89,012.44 | 1,260,484.28 |
| 04/09/20 | 116 | Dentons, US LLP | Dividend paid 100.00% on $8,855.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 8,855.00 | 1,251,629.28 |
| 04/09/20 | 117 | Dentons, US LLP | Dividend paid 100.00% on $68.77, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 68.77 | 1,251,560.51 |
| 04/09/20 | 118 | BACHEKI, CROM & CO., CPA'S | Dividend paid 100.00% on $7,081.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 7,081.50 | 1,244,479.01 |
| 04/09/20 | 119 | BACHEKI, CROM & CO., CPA'S | Dividend paid 100.00% on $285.60, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 285.60 | 1,244,193.41 |
| 04/09/20 | 120 | Internal Revenue Service | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Stopped on 08/05/20 | 5800-000 | | 600.00 | 1,243,593.41 |
| 04/09/20 | 121 | PowerBeam Research, LLC | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 45,743.51 | 1,197,849.90 |
| 04/09/20 | 122 | Biolyph LLC | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 14,852.44 | 1,182,997.46 |
| 04/09/20 | 123 | Trans-Hit Biomarkers Inc. | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided on 04/09/20 | 7100-000 | | 8,864.10 | 1,174,133.36 |
| 04/09/20 | 123 | Trans-Hit Biomarkers Inc. | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided: check issued on 04/09/20 | 7100-000 | | -8,864.10 | 1,182,997.46 |
| 04/09/20 | 124 | Hybridge Inc. | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 8,790.93 | 1,174,206.53 |
| 04/09/20 | 125 | Foundry Medical Innovations, Inc. | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 79,047.23 | 1,095,159.30 |
| 04/09/20 | 126 | David E. Cooper | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 513.59 | 1,094,645.71 |
| 04/09/20 | 127 | Parnham Inc | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 9,889.00 | 1,084,756.71 |
| 04/09/20 | 128 | Parker Hannifin Corporation | Final payment on allowed claim and/or surplus | 7100-000 | | 3,323.95 | 1,081,432.76 |

Subtotals :         $0.00         $268,411.66

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 19-30631-MD | | Trustee: | Janina M. Hoskins (007880) |
|---|---|---|---|---|
| Case Name: | BIOCERYX, INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******7266 - Checking Account |
| Taxpayer ID #: | **-***0502 | | Blanket Bond: | $103,862,572.00 (per case limit) |
| Period Ending: | 09/21/20 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | payment re case no. 18-31005 Stopped on 08/05/20 | | | | |
| 04/09/20 | 129 | LUMC | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided on 04/09/20 | 7100-000 | | 11,005.61 | 1,070,427.15 |
| 04/09/20 | 129 | LUMC | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided: check issued on 04/09/20 | 7100-000 | | -11,005.61 | 1,081,432.76 |
| 04/09/20 | 130 | Streck Inc | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 2,567.21 | 1,078,865.55 |
| 04/09/20 | 131 | Nacar Estudio, S.L | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided on 04/09/20 | 7100-000 | | 24,144.16 | 1,054,721.39 |
| 04/09/20 | 131 | Nacar Estudio, S.L | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided: check issued on 04/09/20 | 7100-000 | | -24,144.16 | 1,078,865.55 |
| 04/09/20 | 132 | Gupta Engineering Llc | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 4,769.10 | 1,074,096.45 |
| 04/09/20 | 133 | University College London Hospitals | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided on 04/09/20 | 7100-000 | | 37,830.12 | 1,036,266.33 |
| 04/09/20 | 133 | University College London Hospitals | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided: check issued on 04/09/20 | 7100-000 | | -37,830.12 | 1,074,096.45 |
| 04/09/20 | 134 | Hospital CUF Descobertas, S.A. | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided on 04/09/20 | 7100-000 | | 12,787.41 | 1,061,309.04 |
| 04/09/20 | 134 | Hospital CUF Descobertas, S.A. | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided: check issued on 04/09/20 | 7100-000 | | -12,787.41 | 1,074,096.45 |
| 04/09/20 | 135 | University of British Columbia | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided on 04/09/20 | 7100-000 | | 13,423.51 | 1,060,672.94 |
| 04/09/20 | 135 | University of British Columbia | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided: check issued on 04/09/20 | 7100-000 | | -13,423.51 | 1,074,096.45 |
| 04/09/20 | 136 | G & A Ventures | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 6,442.86 | 1,067,653.59 |
| 04/09/20 | 137 | Morgan, Lewis & Bockius LLP | Final payment on allowed claim and/or surplus | 7100-000 | | 153,311.60 | 914,341.99 |

Subtotals : $0.00 $167,090.77

{} Asset reference(s) Case: 19-30631 Doc# 68 Filed: 10/05/20 Entered: 10/05/20 10:08:06 Page 11 of 14

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 19-30631-MD | | Trustee: | Janina M. Hoskins (007880) |
|---|---|---|---|---|
| Case Name: | BIOCERYX, INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******7266 - Checking Account |
| Taxpayer ID #: | **-***0502 | | Blanket Bond: | $103,862,572.00 (per case limit) |
| Period Ending: | 09/21/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | payment re case no. 18-31005 | | | | |
| 04/09/20 | 138 | Michael Albin | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided on 04/09/20 | 7100-000 | | 3,583.76 | 910,758.23 |
| 04/09/20 | 138 | Michael Albin | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided: check issued on 04/09/20 | 7100-000 | | -3,583.76 | 914,341.99 |
| 04/09/20 | 139 | Itequia SL | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided on 04/09/20 | 7100-000 | | 41,403.90 | 872,938.09 |
| 04/09/20 | 139 | Itequia SL | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided: check issued on 04/09/20 | 7100-000 | | -41,403.90 | 914,341.99 |
| 04/09/20 | 140 | K2 Regulatory Consulting. LLC | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 4,378.01 | 909,963.98 |
| 04/09/20 | 141 | Graham Adair, Inc. | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 1,989.03 | 907,974.95 |
| 04/09/20 | 142 | Dualsonic Inc. | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 44,370.77 | 863,604.18 |
| 04/09/20 | 143 | Brugmann | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided on 04/09/20 | 7100-000 | | 21,738.49 | 841,865.69 |
| 04/09/20 | 143 | Brugmann | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Voided: check issued on 04/09/20 | 7100-000 | | -21,738.49 | 863,604.18 |
| 04/09/20 | 144 | A&H Precision Machining Corp | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 3,795.92 | 859,808.26 |
| 04/09/20 | 145 | LasX Industries, Inc. | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 66,876.16 | 792,932.10 |
| 04/09/20 | 146 | CNA Commercial Insurance | Final payment on allowed claim and/or surplus payment re case no. 18-31005 Stopped on 08/05/20 | 7100-000 | | 1,195.32 | 791,736.78 |
| 04/09/20 | 147 | Formaspace LP | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 29,002.20 | 762,734.58 |
| 04/09/20 | 148 | Integrated DNA Technologies | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 20,688.08 | 742,046.50 |
| 04/09/20 | 149 | Crawford PLLC | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 26,738.58 | 715,307.92 |
| 04/09/20 | 150 | Agilent Technologies | Final payment on allowed claim and/or surplus | 7100-000 | | 488,613.43 | 226,694.49 |

Subtotals : $0.00 $687,647.50

{} Asset reference(s)

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 19-30631-MD  
**Case Name:** BIOCERYX, INC.

**Taxpayer ID #:** **-***0502  
**Period Ending:** 09/21/20

**Trustee:** Janina M. Hoskins (007880)  
**Bank Name:** Mechanics Bank  
**Account:** ******7266 - Checking Account  
**Blanket Bond:** $103,862,572.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | payment re case no. 18-31005 | | | | |
| 04/09/20 | 151 | Amit Kumar | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 3,365.88 | 223,328.61 |
| 04/09/20 | 152 | Robert Balog | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 4,191.30 | 219,137.31 |
| 04/09/20 | 153 | Special Optics, Inc. | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 21,203.22 | 197,934.09 |
| 04/09/20 | 154 | Illumina, Inc. | Final payment on allowed claim and/or surplus payment re case no. 18-31005 | 7100-000 | | 23,153.03 | 174,781.06 |
| 04/09/20 | | Trans Hit Biomarkers, Inc. | Distribution on Claim no. 3 | 7100-000 | | 8,864.10 | 165,916.96 |
| 04/09/20 | | Leids Universitair Medisch Centrum | Distribution in full on claim no. 9 | 7100-000 | | 11,005.61 | 154,911.35 |
| 04/09/20 | | Nacar Estudio S.L | Payment in full on claim no. 14 | 7100-000 | | 24,144.16 | 130,767.19 |
| 04/09/20 | | University College Lond Hospitals NHS FOundation trust | Payment on claim no. 16 | 7100-000 | | 37,830.12 | 92,937.07 |
| 04/09/20 | | University of British Columbia | Fianl payment re claim no. 19 | 7100-000 | | 13,423.51 | 79,513.56 |
| 04/09/20 | | Michael Albin | Payment in full re claim no. 22 | 7100-000 | | 3,583.76 | 75,929.80 |
| 04/09/20 | | Brugmann | Final payment re claim no. 28 | 7100-000 | | 21,738.49 | 54,191.31 |
| 05/08/20 | | Itequa SL | Payment in full re Claim no. 23 | 7100-000 | | 0.00 | 54,191.31 |
| 05/08/20 | | Hospital CUF Descobertas, S.A. | Payment in full re claim no. 17 | 7100-000 | | 12,787.41 | 41,403.90 |
| 05/08/20 | | Itequa SL | Wire transfer re payment on claim | 7100-000 | | 41,403.90 | 0.00 |
| 08/05/20 | 120 | Internal Revenue Service | Final payment on allowed claim and/or surplus payment re case no. 18-31005<br>Stopped: check issued on 04/09/20 | 5800-000 | | -600.00 | 600.00 |
| 08/05/20 | 128 | Parker Hannifin Corporation | Final payment on allowed claim and/or surplus payment re case no. 18-31005<br>Stopped: check issued on 04/09/20 | 7100-000 | | -3,323.95 | 3,923.95 |
| 08/05/20 | 146 | CNA Commercial Insurance | Final payment on allowed claim and/or surplus payment re case no. 18-31005<br>Stopped: check issued on 04/09/20 | 7100-000 | | -1,195.32 | 5,119.27 |
| 08/13/20 | 155 | CNA Commercial Insurance | Payment in full on Claim no. 31- from stopped check no. 146 | 7100-000 | | 1,195.32 | 3,923.95 |
| 08/13/20 | 156 | Internal Revenue Service | Payment in full on priority claim no. 11- reissued from check no.120 | 5800-000 | | 600.00 | 3,323.95 |
| 08/18/20 | 157 | Parker Hannifin Corporation | Reissued check - payment in full re Claim no. 8 | 7100-000 | | 3,323.95 | 0.00 |

Subtotals: $0.00  $226,694.49

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 19-30631-MD | |
| **Case Name:** | BIOCERYX, INC. | |
| **Taxpayer ID #:** | **-***0502 | |
| **Period Ending:** | 09/21/20 | |

| | |
|---|---|
| **Trustee:** | Janina M. Hoskins (007880) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******7266 - Checking Account |
| **Blanket Bond:** | $103,862,572.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 2,192,081.30 | 2,192,081.30 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,192,081.30 | 2,192,081.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,192,081.30** | **$2,192,081.30** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7266** | 2,192,081.30 | 2,192,081.30 | 0.00 |
| | $2,192,081.30 | $2,192,081.30 | $0.00 |

{} Asset reference(s)